**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| BLAINE CISNEROS, Individually and For Others Similarly Situated<br><br>v.<br><br>ENTERPRISE AMBULANCE 2.0 INC. | Case No. 4:26-cv-04502<br><br>Jury Trial Demanded<br><br>FLSA Collective Action<br>Pursuant to 29 U.S.C. § 216(b) |

### PLAINTIFF'S NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Plaintiff hereby gives notice to the Court and all opposing parties that Richard M. Schreiber is entering his appearance in this matter as counsel for Plaintiff. Mr. Schreiber is admitted to practice in the Southern District of Texas and his contact information is as follows:

Richard M. Schreiber
**JOSEPHSON DUNLAP LLP**
5847 San Felipe Street., Suite 2400
Houston, Texas 77057
713-352-1100 – Telephone
713-352-3300 – Facsimile
rschreiber@mybackwages.com

Respectfully submitted,

By: */s/ Richard M. Schreiber*
    **Richard M. Schreiber**
    Texas Bar No. 24056278
    **Michael A. Josephson**
    Texas Bar No. 24014780
    **Andrew W. Dunlap**
    Texas Bar No. 24078444
    **JOSEPHSON DUNLAP LLP**
    5847 San Felipe Street, Suite 2400
    Houston, Texas 77057
    713-352-1100 – Telephone
    713-352-3300 – Facsimile
    rschreiber@mybackwages.com
    mjosephson@mybackwages.com
    adunlap@mybackwages.com

    AND

    **Richard J. (Rex) Burch**
    Texas Bar No. 24001807
    **BRUCKNER BURCH PLLC**
    5847 San Felipe Street, Suite 2400
    Houston, Texas 77057
    713-877-8788 – Telephone
    713-877-8065 – Facsimile
    rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 8th day of June 2026.

    */s/ Richard M. Schreiber*
    **Richard M. Schreiber**

2