AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas   ▼

| | |
|---|---|
| BLAINE CISNEROS, Individually and For Others Similarly Situated <br><br><br> _Plaintiff(s)_ <br><br> v. <br><br> ENTERPRISE AMBULANCE 2.0 INC. <br><br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  4:26-cv-04502 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Enterprise Ambulance 2.0 Inc.
c/o: Registered Agents, Inc.
5900 Balcones Drive, Suite 100
Austin, Texas 78731

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael Josephson
Andrew Dunlap
JOSEPHSON DUNLAP LLP
5847 San Felipe St., Suite 2400
Houston, Texas 77057

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_Nathan Ochsner, Clerk of Court_

Date: June 10, 2026

_s/ M. LaBee_
_Signature of Clerk or Deputy Clerk_

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | | |
|---|---|---|
| BLAINE CISNEROS, Individually and For Others Similarly Situated | § § | |
| Plaintiff, | § | |
| VS. | § | CAUSE NO. 4:26-cv-04502 |
| | § | |
| ENTERPRISE AMBULANCE 2.0 INC. | § | |
| Defendant. | § | |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Jun 11, 2026, 3:03 pm**,

**SUMMONS, PLAINTIFF'S NOTICE OF APPEARANCE, ORIGINAL COLLECTIVE ACTION COMPLAINT, EXHIBIITS, NOTICE REGARDING CONSENT TO JURISDICTION OF A MAGISTRATE JUDGE, CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE, ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES, JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(F) FEDERAL RULES OF CIVIL PROCEDURE, INITIAL DISCOVERY PROTOCOLS FOR FAIR LABOR STANDARDS ACT CASES NOT PLEADED AS COLLECTIVE ACTIONS, STANDING PROTECTIVE ORDER ,**

and was executed at **5900 Balcones Dr Ste 100, Austin, TX 78701** within the county of **Travis** at **12:40 PM** on **Fri, Jun 12 2026**, by delivering a true copy to the within named

**ENTERPRISE AMBULANCE 2.0 INC C/O REGISTERED AGENTS INC**
**Accepted by intake specialist Tina Johnson**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Corin Johnson**, I am at least 18 years old, and my address is **500 E. 4th St. #143, Austin, TX 78701** , and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Travis** County, State of **Texas**, on **June 12, 2026**.

_____
**Corin Johnson**
**Certification Number: PSC-5625**
**Certification Expiration: 9/30/2026**