**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| BLAINE CISNEROS, Individually and For Others Similarly Situated <br><br> v. <br><br> ENTERPRISE AMBULANCE 2.0 INC. | **Case No. 4:26-cv-04502** |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff Blaine Cisneros, files this Certificate of Interested Parties, and would show as follows:

1.　　　Blaine Cisneros – Plaintiff;

2.　　　Josephson Dunlap, LLP – Plaintiff's Counsel,

3.　　　Bruckner Burch, PLLC  – Plaintiff's Counsel; and

4.　　　Enterprise Ambulance 2.0 Inc. – Defendant.

Plaintiff will amend this Certificate of Interested Parties as additional parties are joined.

Dated: June 25, 2026

Respectfully submitted,

**JOSEPHSON DUNLAP LLP**

By: */s/ Richard M. Schreiber*
Michael A. Josephson
TX Bar No. 24014780
Richard M. Schreiber
TX Bar No. 24078444
5847 San Felipe St., Suite 2400
Houston, Texas 77057
Phone: (713) 352-1100
Fax:     (713) 352-3300
mjosephson@mybackwages.com
rschreiber@mybackwages.com

Richard J. (Rex) Burch
TX Bar No. 24001807
**BRUCKNER BURCH, PLLC**
5847 San Felipe St., Suite 2400
Houston, Texas 77057
Phone: (713) 877-8788
Fax:     (713) 877-8065
rburch@brucknerburch.com

**ATTORNEYS FOR CISNEROS
& THE STRAIGHT TIME EMPLOYEES**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on June 25, 2026.

*/s/ Richard M. Schreiber*
**Richard M. Schreiber**